# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN YEONG WHANG, | 1:12-cv-01425-AWI-GSA-PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED (Doc. 1.) |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | |
| Defendants. | OBJECTIONS, IF ANY, DUE IN THIRTY DAYS |

Jin Yeong Whang ("Plaintiff"), a federal prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 30, 2012. (Doc. 1.) On September 5, 2012, the Court issued an order finding that the Complaint fails to set forth unintelligible claims for relief, and striking Plaintiff's Complaint from the record for lack of Plaintiff's signature, with leave to file a signed amended complaint within thirty days. (Doc. 3.) 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order.[1]  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///

---

[1] The United States Postal Service returned the order on September 17, 2012 as undeliverable.  A notation on the envelope indicates that plaintiff was released.  However, plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  Local Rule 182(f).

1

1  Accordingly, IT IS HEREBY RECOMMENDED that pursuant to 28 U.S.C. § 1915A and
2  28 U.S.C. § 1915(e), this action be DISMISSED, with prejudice, based on Plaintiff's failure to state
3  a claim upon which relief may be granted, and that this dismissal be subject to the "three-strikes"
4  provision set forth in 28 U.S.C. § 1915(g). Silva v. Vittorio, 658 F.3d 1090, 1098 (9th Cir. 2011).

5  These findings and recommendations are submitted to the United States District Judge
6  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within thirty days
7  after being served with these findings and recommendations, Plaintiff may file written objections
8  with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings
9  and Recommendations." Plaintiff is advised that failure to file objections within the specified time
10 may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir.
11 1991).

13  IT IS SO ORDERED.
14  **Dated:   October 19, 2012**             /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE