# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN YEONG WHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIX UNKNOWN NAMED AGENTS, ET AL.,<br><br>　　　　Defendants. | NO. 1:12-cv-1425 AWI GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 5)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(g)<br><br>ORDER DIRECTING CLERK TO CLOSE CASE |

　　　Plaintiff is a federal prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On October 19, 2012, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within thirty days. To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.[1]

---

[1] On October 19, 2012, the Court served the findings and recommendations on Plaintiff at California State Prison Corcoran, where Plaintiff was formerly incarcerated. (ECF No. 14). On October 25, 2012, the findings and recommendations were returned by the U.S. Postal Service as undeliverable. A notation on the envelope indicates

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this
2 court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the
3 court finds the findings and recommendations to be supported by the record and proper analysis.

6    Accordingly, THE COURT HEREBY ORDERS that:
7    1. The Findings and Recommendations issued by the Magistrate Judge on October 19,
8 2012, are adopted in full;
9    2. This action is dismissed with prejudice, based on Plaintiff's failure to state a claim
10 upon which relief may be granted;
11    3. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. §
12 1915(g); and
13    4. The Clerk of Court is directed to close this case.
14 IT IS SO ORDERED.

Dated:    November 29, 2012

UNITED STATES DISTRICT JUDGE

---

that Plaintiff refused delivery.

2